UNITED STATES of America v. George Hayden GREGG.

No. 3540.

Circuit Court of Appeals, Tenth Circuit.

Aug. 8, 1947.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellant.

Charles E. Dierker, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.